UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

SHERRY POWELL,               )   3:06-CV-0601-ECR-RAM
                             )
    Plaintiff,               )   MINUTES OF THE COURT
                             )
vs.                          )   DATE: MAY 9, 2008
                             )
LOCAL 3 OPERATING ENGINEERS, )
                             )
    Defendant.               )
                             )

PRESENT: _____EDWARD C. REED, JR._____ U.S. District Judge

Deputy Clerk: __COLLEEN LARSEN__   Reporter: __NONE APPEARING__

U.S. Attorney by: _____NONE APPEARING_____

Counsel for Defendant(s) _____NONE APPEARING_____

MINUTE ORDER IN CHAMBERS

On April 17, 2008, the Court issued an Order (#65) which permitted Plaintiff fifteen (15) days within which to respond to Defendant's Motion to Dismiss (#56). The Court warned Plaintiff that if she failed to respond to the Motion (#56) that the Motion (#56) will be granted. Plaintiff has failed to respond to the Motion (#56) as required by the Order (#65) of the Court.

**IT IS, THEREFORE, HEREBY ORDERED** that Defendant's Motion to Dismiss (#56) is **GRANTED**.

The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By _____/s/_____
    Deputy Clerk

FILED / ENTERED   RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 12 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY