~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

SHERRY POWELL,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:06-cv-00601-ECR-RAM**

LOCAL 3 OPERATING ENGINEERS,

      Defendant.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendant's #56 Motion to Dismiss is GRANTED.

  May 12, 2008                                            **LANCE S. WILSON**
                                                                            Clerk

                                                                        /s/ Kalani Lizares
                                                                         Deputy Clerk