AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

SHERRY POWELL,

      Plaintiff,    **AMENDED JUDGMENT IN A CIVIL CASE**

V.

    CASE NUMBER: **3:06-CV-00601-ECR-RAM**

LOCAL #3 OPERATING ENGINEERS,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (Document #56) is GRANTED.

    Judgment for monetary sanction awarded (Document #53) by the Magistrate Judge on February 20, 2008, is awarded to Defendant and against Plaintiff in the amount of $875.00.

    Judgment for monetary sanction awarded (Document #54) by the Magistrate Judge on February 20, 2008, is awarded to Defendant and against Plaintiff in the amount of $2,186.00.


   June 19, 2008                              **LANCE S. WILSON**
                                                        Clerk

                                                /s/ Katie Lynn Ogden
                                                    Deputy Clerk